IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-124-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| KEVIN BLAIR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a Report and Recommendation filed by the United

States Magistrate Judge.  (Docket No. 320).  On March 14, 2006, Defendant Kevin

Blair appeared before the Magistrate Judge to enter a change of plea pursuant to a

written plea agreement.  The Magistrate Judge conducted the plea hearing and

concluded there is a factual basis for Defendant's plea of guilty to Count One of

the First Superseding Indictment (Docket No. 215), and that it was entered

voluntarily and with full knowledge of the consequences.  No objections to the

Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the pre-sentence

report, and finds that the requirements of Rule 11 have been met.  *See United

States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds

that the Magistrate Judge adhered to the requirements of Rule 11(b); that under

**Order Adopting Report and Recommendation - 1**

Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 320) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count One of the First Superseding Indictment (Docket No. 215) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Kevin Blair is found to be GUILTY as to the crime charged in Count One of the First Superseding Indictment (Docket No. 215).

DATED:  **May 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 2**